**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ ) | **3:09-md-02100-DRH** |
| (DROSPIRENONE) MARKETING, SALES ) | |
| PRACTICES AND PRODUCTS LIABILITY ) | **MDL No. 2100** |
| LITIGATION ) | |

**This Document Relates To:**

| *Amy Frederick v. Bayer HealthCare* | No. 12-cv-10843-DRH |
| *Pharmaceuticals Inc. et al.* | |
| | |
| *Veronica Malueg v. Bayer HealthCare* | No. 12-cv-11671-DRH |
| *Pharmaceuticals Inc. et al.* | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on October 7, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY:  **/s/*Caitlin Fischer***
**Deputy Clerk**

Date: October 8, 2014

Digitally signed
by David R.
Herndon
Date: 2014.10.08
07:12:05 -05'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT